IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN JONES**                                                                            **PLAINTIFF**

V.                                  **NO. 4:22-CV-00103-BRW**

**FRANK SPAIN, 10th District**
**Assistant Prosecutor**                                                         **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of February, 2022.

                                                          _Billy Roy Wilson_
                                                          UNITED STATES DISTRICT JUDGE